In the Fourteenth Court of Appeals

Houston, Texas



FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

SEP 04 2015

CHRISTOPHER A. PRINE
CLERK

Adriene Sibley
    *Appellant*

v.                              Cause No. 14-15-00718-CV

Seminole Pipeline Co., LLC
Enterprise Products Operating, LLC
First Call Field Service Corp.
TDW Services, Inc.
    *Appellees*

## MOTION TO TRANSFER CASE

Adriene Sibley request that this case be transferred to the First Court of Appeal as Sibley's companion cases (01-15-00682-CV & 01-14-00454-CV) were filed in the First Court of Appeals.

This case relates to Sibley's ownership interest in real estate and 01-14-0454-CV related to Sibley's ownership interest in the same real estate.

Respectfully submitted

Adriene Sibley
4808 Fairmont Pkwy
Pasadena, Texas 77505
sibleyadriene@yahoo.com
832-420-2071

## Certificate of Service

I copy of the foregoing Motion to Transfer has been served on the following parties via certified mail on September 4, 2015.

Seminole Pipeline Co., LLC
Enterprise Products Operating
James Freeman
1135 Heights Blvd
Houston, Texas  77008

First Call Field Service Corp.
Cynthia Fronterhouse
8588 Katy Freeway #225
Houston, Texas  77024

TDW Service, INc.
Marquel Sautural
700 Louisiana #400
Houston, Texas77002

Adriene Sibley